**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:23-cv-24491**

SEAN BELL,

Plaintiff,

v.

LUOL DENG,

Defendant, Third-Party Plaintiff

v.

DAVID GROSS,

Third-Party Defendant.

**STIPULATION OF DISMISSAL**

Plaintiff Sean Bell and Defendant Luol Deng hereby agree and stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all of Bell's claims against Deng are hereby dismissed.

/s/Samuel A. Stern
Samuel A. Stern (Fla. Bar # 51602)
**STERN, KILCULLEN & RUFOLO, LLC**
sstern@sgklaw.com
7108 Fairway Drive, Suite 123
Palm Beach Gardens, FL 33418
Telephone (973)-535-1900

*Attorneys for Plaintiff Sean Bell*

/s/ Julia Stepanova
Julia Stepanova (Fla. Bar # 1021185)
**BARNES & THORNBURG LLP**
jstepanova@btlaw.com
4540 PGA Boulevard, Suite 208
Palm Beach Gardens, FL 33418
Telephone: (561) 473-7560
Facsimile: (561) 473-7561

*Attorneys for Defendant Luol Deng*

Dated: July 15, 2024