**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-24491-PCH**

**SEAN BELL,**

Plaintiff,

**v.**

**LUOL DENG,**

Defendant, Third-Party Plaintiff,

**v.**

**DAVID GROSS,**

Third-Party Defendant.
______________________________________/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon two stipulations of dismissal. The first is Plaintiff, Sean Bell's, and Defendant, Luol Deng's, Stipulation of Dismissal **[ECF No. 36]**, filed on July 15, 2024. The parties advise the Court that Bell wishes to voluntarily dismiss his claims against Deng without prejudice.

Additionally, Defendant and Third-Party Plaintiff, Luol Deng, filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) **[ECF No. 38]** on September 13, 2024. Third-Party Plaintiff Deng advises the Court that Deng wishes to voluntarily dismiss his claims without prejudice against Third-Party Defendant, David Gross, following Gross's failure to serve an answer or motion for summary judgment in this matter.

Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff, Sean Bell's, claims against Defendant, Luol Deng, are dismissed without prejudice and that Defendant/Third-Party Plaintiff, Luol Deng's,

claims against Third-Party Defendant, David Gross, are dismissed without prejudice. Accordingly, this action is **DISMISSED without prejudice**. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on September 18, 2024.

Paul C. Huck
United States District Judge

CC: All Counsel of Record